# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CALEB A. TAYLOR )<br>    Plaintiff(s) )<br>)<br>v. )<br>) Case No. 3:19-cv-00481<br>OFFICERS AT SUMNER CO. JAIL, et al., ) Judge Trauger / Frensley<br>    Defendant(s) )<br>) | |

## REPORT AND RECOMMENDATION

Fifteen services packets were issued to the Plaintiff on November 1, 2019. Docket No. 6. As of the date of the filing of this Report and Recommendation, Plaintiff has failed to return the packets. Plaintiff has had ample opportunity to prosecute this case, yet has made no attempts to even achieve service of the defendants. Therefore, the undersigned recommends that this action be dismissed.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to the Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied,* 474 U.S. 111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

JEFFERY S. FRENSLEY
United States Magistrate Judge