# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CALEB A. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00481 |
| ) | Judge Trauger |
| OFFICERS AT SUMNER CO. JAIL, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On March 18, 2021, the Magistrate Judge issued a Report and Recommendation (Doc No. 9), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge